# ELECTRONIC RECORD

COA #  01-14-00955-CR          OFFENSE:  19.03 (Capital Murder)

STYLE:  Randy Allen Segura v. The State of Texas          COUNTY:  Harris

COA DISPOSITION:  AFFIRM          TRIAL COURT:  177th District Court

DATE: 06/30/2015          Publish: NO   TC CASE #:  1383638

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Randy Allen Segura v. The State of Texas          CCA #:  841-15

_APPELLANT'S_  Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:  _____

_REFUSED_          JUDGE:  _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**